

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

JUDGE WILLIAM M. NICKERSON

CLERK'S OFFICE
AT BALTIMORE
Civil No.: WMN 00CV1165
BY_____DEPUTY

DANIEL E. DEAN, et al.                  *

        Plaintiffs              *

                       *

v.                                      *    STIPULATION OF DISMISSAL
                       *    PURSUANT TO RULE 41(a)(1)

ROGER G. FENNELL                        *

        Defendant               *

**************************************************************************

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

The parties to this action stipulate that the plaintiffs hereby dismiss with prejudice this

action as the defendant.


_____          _____
Roy B. Cowdrey, Jr.                     Larry J. Albert
Federal Bar No.: 02901                  Federal Bar No.: 00027
Robert J. Merriken                      Niles, Barton & Wilmer
Federal Bar No.: 06058                  Suite 1400
Cowdrey, Thompson & Karsten, P.A.       111 S. Calvert Street
130 N. Washington Street                Baltimore, Maryland 21202-6185
P.O. Box 1747                           410-783-6300
Easton, Maryland 21601                  Attorneys for Defendant
410-822-6800
Attorneys for Plaintiffs


GRANTED THIS 24th DAY
OF Aug, 2002
_____
UNITED STATES DISTRICT JUDGE